VEGLAHN, Respondent, v. STOA, Appellant.

(221 N. W. 22.)

(File No. 6469. Opinion filed September 22, 1928.)

*Otto L. Kaas,* of Britton, for Appellant.

PER CURIAM. In the above cause an appeal is sought to be taken from a judgment and order of the circuit court. Certified copy of the notice of appeal was filed in this court on March 9, 1927, and the original notice of appeal on March 30, 1927. There has been no extension of time, and no brief has been filed by appellant.

Therefore, pursuant to rule 5 of this court, the appeal must be deemed abandoned, and the judgment and order appealed from are affirmed.